In the Matter of LIQUOR MART, INC., Respondent, v. STATE LIQUOR AUTHORITY, Appellant.—

Concur — Kupferman, J. P., McNally, Steuer and Macken, JJ.

In the Matter of SOL NADELSON, an Attorney.—

Concur — Stevens, P. J., Capozzoli, Steuer, Tilzer and Eager, JJ.